UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 5:17-CV-92 |
| § | |
| ELSA H. GUERRERO; dba LUCKY § | |
| CITY; dba LUCKY CITY AMUSEMENT § | |
| CENTER, § | |
| § | |
| Defendants. § | |

# FINAL JUDGMENT

Pursuant to this Court's Order entered on this date granting Plaintiff's Motion for Final Default Judgment (Dkt. No. 10), the Court now enters Final Judgment in favor of Plaintiff J & J Sports Productions, Inc.

It is hereby **ORDERED** that Plaintiff recover from Defendant Elsa Guerrero, individually and d/b/a Lucky City a/k/a Lucky City Amusement Center:

1. $10,000 in statutory damages
2. $50,000 in enhanced damages
3. $1,000 in reasonable attorney's fees plus costs
4. Post-judgment interest on the above at a rate of 1.76% *per annum*.

It is so **ORDERED**.

**SIGNED** January 11, 2018

_____
Marina Garcia Marmolejo
United States District Judge